Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam

DEPUTY CLERK: A. Caffrey                RPTR/ECRO/TAPE: FTR - CR 4

TOTAL TIME:  ___ hours  6 minutes
DATE: 9/11/2019     START TIME: 1:32PM     END TIME: 1:38PM
LUNCH RECESS    FROM: ___ TO: ___
RECESS (if more than ½ hr)  FROM: ___ TO: ___

CIVIL NO. 3:18-cv-01867-CSH

Jane Rubenstein                                          Jeffrey P. Nichols
                                                         Plaintiff's Counsel
            vs
Cornell Scott-Hill Health Corporation                    Jessica Zieman Wragg
                                                         Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Stlmnt Cf.

☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☑ ..........  Total settlement conference time: 4 hrs 15 mins          ☐ filed ☐ docketed
☐ ..........  _____                                  ☐ filed ☐ docketed
☐ ..........  _____                                  ☐ filed ☐ docketed
☐ ..........  _____                                  ☐ filed ☐ docketed
☐ ..........  _____                                  ☐ filed ☐ docketed
☐ ..........  _____                                  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Settlement conference commenced on the record