## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANE RUBENSTEIN** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO.** |
| | | **3:18-cv-01867-CSH** |
| **VS.** | : | |
| **CORNELL SCOTT-HILL HEALTH** | : | |
| **CORPORATION** | : | November 25, 2019 |
| *Defendant* | | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, through their counsel, the Parties hereby stipulate that this action shall be dismissed with prejudice.

| THE PLAINTIFF, | THE DEFENDANT |
|---|---|
| JANE RUBENSTEIN | CORNELL SCOTT-HILL HEALTH CORP. |
| | |
| By: */s/ Jeffrey P. Nichols* | By: */s/ Jessica Z. Wragg* |
| David A. Slossberg (ct13116) | Jessica Z. Wragg |
| Jeffrey P. Nichols (ct29547) | Law Offices of Musco & Iassogna |
| HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC | 555 Long Wharf Drive, 10th Flr. |
| 147 North Broad Street | New Haven, CT 06511 |
| Milford, CT 06460-0112 | Direct Dial: 203-782-4109 |
| Telephone: (203) 877-8000 | Fax No.: 203-782-4128 |
| Fax: (203) 878-9800 | Jessica.Wragg@m-ilaw.com |
| JNichols@hssklaw.com | |
| DSlossberg@hssklaw.com | |

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 25th day of November, 2019. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

By: */s/ Jessica Z. Wragg*
Jessica Z. Wragg